RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015

4-20-15
78,949-01,02

I am respectfully requesting a copy of the 11.07 that was presented to the CCA in January 2013. I have been unsuccessful in receiving one from my Attorney for the last two years. He keeps saying he will send it but I have not gotten it yet. Thank you

Sincerely,
Johnny Williams

Address:
Johnny Williams #762727
Goree Unit
7405 Hwy 75 South
Huntsville, TX 77344

Cause #: A10592-1
A10594-1